IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:04-mj-00015

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| MITCHELL GRAHAM WATSON | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court, the United States Attorney for the Eastern District of North Carolina hereby dismisses the Complaint pending against the above-captioned defendant, without prejudice.

Respectfully submitted this the 26th day of June, 2024.

MICHAEL F. EASLEY, JR.
United States Attorney

BY: /s/ Jake D. Pugh
JAKE D. PUGH
Assistant United States Attorney Criminal Division
United States Attorney's Office 150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530 Email: jacob.pugh@usdoj.gov
S.C. Bar No. 100859

Leave of court is GRANTED for the filing of the foregoing dismissal without prejudice.

SO ORDERED this 17th day of July, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE